IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHARLES W. OUTLAW, III,

   Plaintiff,

v.

Sgt. MOYE; CERT Member MOBLEY;
CERT Member McGINEIS; and DAN
DASHER, Warden of Security,

   Defendants.

CIVIL ACTION NO.: CV610-102

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Dan Dasher are **DISMISSED**. Plaintiff's claim for compensation for ADA violations is also **DISMISSED**.

**SO ORDERED**, this 14th day of Nov., 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)